## UNITED STATES of America, Plaintiff–Appellee,

v.

## Linwood Gerald KENNY, Defendant–Appellant.

No. 08–6059.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 21, 2008.

Decided: Aug. 26, 2008.

Linwood Gerald Kenny, Appellant Pro Se. Karen S. Marston, Office of the United States Attorney, Gretchen C.F. Shappert, United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Linwood Gerald Kenny appeals the district court's order construing his motion for an evidentiary hearing as a criminal motion contesting the Government's failure to file a Fed.R.Crim.P. 35 motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Kenny,* No. 3:01–cr–00185–FDW–1 (W.D.N.C. Nov. 26, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*